*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| WILLIAM JAY ADLER, ) | |
| TRUDI BARBARA ADLER, ) | Case No. 2:17-BK-01813-MCW |
| ) | |
| Debtors. ) | |
| _____) | |
| ) | |
| ROBERT A. MACKENZIE, ) | |
| TRUSTEE, ) | **Adversary No. 2:17-AP-xxx** |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SAMUEL GOLDSTEIN ) | |
| SUSAN M. GOLDSTEIN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**C O M P L A I N T**

Robert A. MacKenzie, ("MacKenzie"), as trustee of the bankruptcy estate of William Jay Adler and Trudi Barbara Adler, for his Complaint, says as follows:

1. MacKenzie is the duly appointed trustee of the bankruptcy estate of William Jay Adler and Trudi Barbara Adler, Bankruptcy Case No. 2:17-BK-01813-MCW.

2. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §157(b)(2). This is a core proceeding.

3. This case was filed as a voluntary Chapter 7 proceeding on February 28, 2017.

4. William Jay Adler and Trudi Barbara Adler (collectively "Adlers" or "debtors") are the debtors in this bankruptcy case.

5. Samuel Goldstein and Susan M. Goldstein (collectively "Goldsteins") are husband and wife. The Goldsteins reside at 6 Morrison Dr., Old Bethpage, NY.

6. The Adlers reside at 20802 N. Greyhawk Dr., #1184, Scottsdale, AZ.

7. According to Google Maps, it is 2,439 miles from 20802 N. Greyhawk Dr., #1184, Scottsdale, AZ to 6 Morrison Dr., Old Bethpage, NY.

8. Susan M. Goldstein is the sister of Trudi Adler.

9. The Adlers had failed to pay their taxes for several years, and they ran up some sizeable credit card debts (in excess of $100,000.00). So, on August 10, 2016, the Adlers hired a bankruptcy lawyer to file a bankruptcy case for them. They agreed to pay the bankruptcy lawyer $3,860.00 to make their debts go away.

10. On August 31, 2016, just three weeks after hiring their new bankruptcy lawyer, the Adlers went out and got themselves a new car - a 2013 Lexus. They paid $34,978.23 for the 2013 Lexus. They traded in their 2005 Lexus, which they owned free and clear, and they put down $1,800.00. They financed the balance - $36,450.50. So, now the Adlers owed another $36,000.00 that they didn't owe 3 weeks earlier.

11. When they visited the bankruptcy lawyer, the Adlers had a valuable Steinway piano.

2

12. So, after they visited with the bankruptcy lawyer, the Adlers went and got a Steinway dealer to appraise the piano on August 31, 2016 (the same day they bought their new Lexus). The appraiser said that "the piano as it stands today is worth $26,650.00."

13. Instead of selling the piano to pay their creditors, and to avoid losing the piano when they filed for bankruptcy, the Adlers cooked up a scheme to keep the piano.

14. The Adlers went on line and found Ebay adds for other pianos. Those adds said those pianos were available for sale for not more than $4,500.00. Of course, the Adlers never actually saw any of those pianos, never had them appraised, and had no way of knowing if those pianos were of the same condition and quality as the Adlers' piano.

15. Then, the Adlers got a hold of the Goldsteins and asked if the Goldsteins would send them $4,000.00. The Goldsteins agreed to do so.

16. In exchange, the Adlers gave the Goldsteins two things. First, the Adlers signed a promissory note allegedly agreeing to pay back the $4,000.00 to the Goldsteins with interest. But, the promissory note that was signed by the Adlers has no due date. It is only payable if, on some future date, the Goldsteins ask for payment.

17. Second, the Adlers agreed to papers that purported to create a lien on the piano in favor of the Golsteins for the $4,000.00.

18. The Adlers then wrote a letter to the Goldsteins on November 11, 2015, thanking the Goldsteins for the money and letting the

3

Goldsteins know that the money would be used to pay their taxes and the bankruptcy lawyer.

19. Since the Adlers had learned that they could claim exemptions of up to $800.00 in the piano, they were now covered. They had Ebay adds that said that Steinway pianos were not worth more than $4,500.00, they had a lien in favor of the Goldsteins for $4,000.00 and they had their $800.00 exemption. Thus, they were prepared to tell the bankruptcy court, and the trustee, that there was no non-exempt equity in the piano when they filed for bankruptcy.

20. The Adlers then used the money that they got from the Goldsteins to pay one of the debts that they owed to the IRS, a debt that they knew would not be discharged when they filed their bankruptcy case. Thus, the Adlers had it all. They got rid of a debt that they knew would not be discharged and they created an apparent obstacle that would prevent them from losing the piano when they filed for bankruptcy.

21. While this was going on, the Adlers were receiving in excess of $8,600.00 per month in pension and social security income, the equivalent of over $103,000.00 per year of income. Yet, despite this sizeable income that most working people would be glad to have, the Adlers allegedly needed to borrow $4,000.00 from the Goldsteins to pay their non-dischargeable tax debt. Without the new Lexus, and the monthly payment of $530.00 for that loan, the Adlers could have paid the $4,000.00 to the IRS in 8 months without ever borrowing money from the Goldsteins. Likewise, without hiring the bankruptcy lawyer, the Adlers would have had another $3,860.00 to pay to the IRS. Thus, there was no

4

real reason for the Adlers to borrow the money from the Goldsteins in the first place. The Goldstein loan was a sham transaction

22. With this steady stream of income, and since they were no longer making any payments to those pesky credit card companies, the Adlers continued to pile up their money. On December 14, 2016, the Adlers created a new bank account at Bank of America and designated it their "social security" account so that they could exempt the money in that account when they filed their bankruptcy case. Then they moved over $6,000.00 into that account from their other bank accounts in just two days.

23. The Adlers then closed all their old accounts at Wells Fargo and another bank account at Bank of America.

24. Finally, after paying off the rest of what they owed the bankruptcy lawyer to file their bankruptcy case, the Adlers sent some more money to the IRS to pay the rest of their non-dischargeable tax debts. On February 24, 2017, just 4 days before their bankruptcy filing, the Adlers sent nearly $6,000.00 to the IRS for their other tax debts.

25. When they actually did file for bankruptcy on February 28, 2017, the Adlers failed to disclose their ownership of the piano on Schedule B, or the lien in favor of the Goldsteins on Schedule D.

26. The Adlers finally amended their bankruptcy schedules on April 18, 2017 to report the piano and the alleged lien to the Goldsteins. But, even then, the Adlers said the piano was worth just $4,200.00 even though the Adlers had the Steinway dealer's appraisal at over $26,650.00.

5

27. The Adler's also "adjusted" the value of their new car in their bankruptcy schedules. Although they had purchased the 2013 Lexus just 6 months earlier for $34,978.23, their bankruptcy schedules now said that the 2013 Lexus was worth just $22,480.00 and that they owed Lexus Financial $35,428.24. Thus, their trade in, and their down payment, magically disappeared.

28. After the bankruptcy case was filed, the trustee contacted the Goldsteins to obtain information about the alleged lien and the debt that was allegedly owed to the Goldsteins. Samuel Goldstein admitted that the Goldsteins had no interest in having a lien on the piano. He said:

> **We recognize that the value of the piano, the cost of storage, transport, liquidation and representation are such that it is not in our interest to perfect the lien on the collateral.**
>
> **We will provide you with any necessary paperwork required to relinquish our interest in the collateral.**

29. Despite the foregoing, the Goldsteins failed to respond to proposed stipulations that were sent by the trustee to avoid the lien on the piano.

30. The alleged lien in favor of the Goldsteins on the piano was created and recorded for no other reason than to create the appearance that the Goldsteins had made a secured loan of $4,000.00 so that the Adlers could stiff arm the trustee and their creditors with the

6

Goldstein lien. As Samuel Goldstein admitted, the Goldsteins had no real interest in having a lien on a piano that was located nearly 2500 miles away.

31. The alleged lien in favor of the Goldstein was created and recorded by the Adlers to hinder, delay and defraud the trustee, and the creditors of the Adlers.

32. The purpose of the lien in favor of the Goldsteins on the piano was to create the appearance that there was no non-exempt equity in the piano so that, when the Adlers filed this bankruptcy case, the trustee and creditors would be misled, hindered, delayed and defrauded by the alleged lien.

33. The alleged loan made by the Goldsteins, and the alleged lien on the piano in favor of the Goldsteins, were not good faith, arms' length transactions.

34. The transfer of the lien on the piano to the Goldsteins is avoidable by the trustee pursuant to pursuant to 11 U.S.C. §548(a)(1)(A) and/or 11 U.S.C. §544(a) and/ or §544(b) and/or A.R.S. §44-1004(A)(1) et seq.

**WHEREFORE**, the trustee prays:

A. For the entry of an order avoiding the lien on the piano which transferred to the Goldsteins pursuant to pursuant to 11 U.S.C. §548(a)(1)(A) and/or 11 U.S.C. §544(a) and/ or §544(b) and/or A.R.S. §44-1004(A)(1) et seq., and for the entry of an order preserving the lien in favor of the bankruptcy estate pursuant to 11 U.S.C. §551.

B. For an award of the trustee's costs. In the event of default, the trustee will request costs of $350.00.

7

DATED July 20, 2017.

**TERRY A. DAKE, LTD.**

By /s/ TD009656
Terry A. Dake – 009656
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Attorney for Trustee

8