1

***TERRY A. DAKE, LTD.***
**20 E. Thomas Rd.**
2 **Suite 2200**
**Phoenix, Arizona 85012-3133**
3 **Telephone: (602) 710-1005**
**tdake@cox.net**

4

**Terry A. Dake - 009656**
5

Attorney for Trustee
6

**IN THE UNITED STATES BANKRUPTCY COURT**
7

**FOR THE DISTRICT OF ARIZONA**
8

In re:                        )      In Chapter 7 Proceedings
9                               )
WILLIAM JAY ADLER,             )
10 TRUDI BARBARA ADLER,           )      Case No. 2:17-BK-01813-MCW
                                )
11                    Debtors.   )
_____)
12

**REPORT OF SALE**
13

14          The trustee files herewith a copy of the auctioneer's report

15 regarding the auction of estate property conducted pursuant to the

16 Notice Of Auction Sale at Admin Dkt. No. 44. The assets that were sold

17 are identified in the attached report.  This sale report is filed in

18 compliance with Bankruptcy Rule 6004.

          DATED August 22, 2017.
19

20                               ***TERRY A. DAKE, LTD.***

21                               By /s/ TD009656_____
                                    Terry A. Dake – 009656
22                                  20 E. Thomas Rd.
                                    Suite 2200
                                    Phoenix, Arizona 85012-3133
23                                  Attorney for Trustee

24

25

26

27

28



# CUNNINGHAM & ASSOCIATES, INC.

### Auctions      Liquidations      Asset Appraisals

August 14, 2017

Robert A. MacKenzie, Trustee
2001 E. Campbell Ave, Ste. 200
Phoenix, AZ 85016
602-229-8575

Debtor(s): WILLIAM JAY ADLER AND TRUDI BARBARA ADLER
Case No.: 2:17-01813-MCW

Auction Date: July 19, 2017
Gross Proceeds of auction held at:
6520 N. 27th Ave.
Phoenix, AZ 85017

Taxes were collected on all sales without AZ Resale Tax Number

| | |
|---|---:|
| **Gross Proceeds after taxes:** | **$8,575.51** |
| **Reasonable and Necessary Expenses:** | |
| Advertising | $350.00 |
| Transport, Piano Tuner, Detail and Labor | $499.00 |
| **Necessary Expenses:** | **$849.00** |
| **Auctioneer's Commission 10%:** | **$857.55** |
| **Total Due Cunningham & Associates, Inc.:** | **$1,706.55** |
| **Total Submitted to Robert A. MacKenzie, Trustee:** | **$8,575.51** |

**George Cunningham**
**Certified Auctioneer & Appraiser**

P.O. Box 67087, Phoenix, AZ 85082-7087   www.AuctionAZ.com   888-777-8888
Office Location: 6520 N. 27th Ave., Phoenix, AZ 85017

# Seller Settlement



Cunningham and Associates, Inc. / AuctionAZ.com, LLC
PO Box 67087
Phoenix, AZ 85082
Phone: (602) 595-6714

## Seller Information

| | |
|---|---|
| Seller Name: | Adler, Mackenzie |
| Seller Number: | Mackenzie/Adler |
| Company: | Mackenzie/Adler 2:17-BK-01813-MCW |
| Location: | |
| Phone: | |

## Auction Information

| | |
|---|---|
| Auction: | BK Warehouse 7.19.17 |
| Date: | 07/14/2017 08:00 |
| Location: | 6520 N. 27th Ave Phoenix, AZ 85017 |

| Lot Num | Description | Buyer First Name | Buyer Last Name | Bid | Lot SubTotal | Lot Net |
|---|---|---|---|---|---|---|
| 241 | 1950 Steinway Grand Piano model S cabinet with bench sn#331989S | Tom | Westbrook | $6,500.00 | $6,500.00 | $6,500.00 |
| 242 | Fishing Yachts painting 724/750 32" wide x 36" tall | Joel | Gunning | $76.00 | $76.00 | $76.00 |
| 243 | Anatole Krasnyansky Streets of Old Prague Serio lithograph 40" tall x 35"wide | Kerry | Winkle | $127.50 | $127.50 | $127.50 |
| 244 | Linda Lekinff "Annabella" Serio lithograph 36"tallx 40" wide | Bonnie | Dombrowski | $65.01 | $65.01 | $65.01 |
| 245 | Print with 2 Indians and Red Rock background 37 1/2 tall x 29 1/2 wide | Nancy | Harpin | $35.00 | $35.00 | $35.00 |
| 246 | Print by Robert Redbird-Indian & Eagle 27"wide x 33 1/4 tall | Trudi | Adler | $42.50 | $42.50 | $42.50 |
| 247 | Anatole Krasnyansky "Silver and Pink with Horns" serigraph #71 of 95 19" tall x 23"wide | Bonnie | Dombrowski | $80.00 | $80.00 | $80.00 |
| 248 | Indian print by R.C Somar #68 of 100 24" tall x 20" wide | Trudi | Adler | $46.50 | $46.50 | $46.50 |
| 249 | Anatole Krasnyansky "Sunset Old Church" Serio lithograph 19" tall x 21" wide #191 of 350 | Trudi | Adler | $70.00 | $70.00 | $70.00 |
| 250 | Anatole Krasnyansky "Sound of the City" on canvas 19"wide x 18"tall | Joel | Gunning | $325.00 | $325.00 | $325.00 |
| 251 | Ignor Medredev "Golden Arrival" serigraph 2301 of 2500 34"wide x 19 1/2"tall | Trudi | Adler | $50.00 | $50.00 | $50.00 |
| 252 | Perz "Refreshments" #54 of75 24"tall x 23"wide | Joel | Gunning | $12.60 | $12.60 | $12.60 |
| 253 | The Precious Legacy Picture 32" tall x 12" wide | Christopher | Slawinski | $5.00 | $5.00 | $5.00 |
| 254 | 2 Indians sitting outside their house picture | Nancy | Harpin | $35.00 | $35.00 | $35.00 |
| 256 | The Vatean Collections picture 36" tall x 230" wide | Trudi | Adler | $91.50 | $91.50 | $91.50 |
| 257 | Large wood 4 slat contemporary artwork 53" x 43" | Charles | Costa | $10.00 | $10.00 | $10.00 |
| 258 | Male and Female and the Bear sand art 10" x 10" | Joel | Gunning | $41.00 | $41.00 | $41.00 |
| 259 | Slayer Alien God sand art 10" x 10" | Pete | Sivers | $30.00 | $30.00 | $30.00 |
| 260 | Balloon and Flags, "Circus Wagon" and "The Fiat" wood plaques | Greg | Gumz | $15.00 | $15.00 | $15.00 |
| 261 | 6" x 8" Lizard sand art | Pete | Sivers | $15.00 | $15.00 | $15.00 |
| 262 | Asus tablet computer with windows 8- working | Daryl | Yee | $82.00 | $82.00 | $82.00 |
| 263 | New York life 10k gold ring | Trudi | Adler | $180.00 | $180.00 | $180.00 |
| 264 | 14k gold plated and pearl ring | Trudi | Adler | $125.10 | $125.10 | $125.10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 265 | Bulova self winding watch working | Pete | Sivers | $15.00 | $15.00 | $15.00 |
| 267 | 14k small gold bracelet | Randy | Fennell | $30.00 | $30.00 | $30.00 |
| 268 | Top tray of jewelry box costume rings, bracelets and earrings | Randy | Fennell | $10.10 | $10.10 | $10.10 |
| 269 | Bottom of jewelry box with gold filled bracelet shell necklace and other costume jewelry | Randy | Fennell | $10.00 | $10.00 | $10.00 |
| 270 | 4 pearl necklaces with gold clasps | Randy | Fennell | $120.20 | $120.20 | $120.20 |
| 271 | Bag of costume jewelry | jafet | coronado | $10.00 | $10.00 | $10.00 |
| 272 | Bag of costume jewelry | jafet | coronado | $5.00 | $5.00 | $5.00 |
| 274 | Bag of costume jewelry | jafet | coronado | $5.00 | $5.00 | $5.00 |
| 275 | Bag of misc. watches | jafet | coronado | $5.00 | $5.00 | $5.00 |
| 276 | 4 silver necklaces with pendants | Trudi | Adler | $15.50 | $15.50 | $15.50 |
| 277 | 4 Cowparade cows | Trudi | Adler | $45.00 | $45.00 | $45.00 |
| 278 | 4 Cowparade cows | Trudi | Adler | $45.00 | $45.00 | $45.00 |
| 279 | 4 Cowparade cows | Carrick | Sears | $40.00 | $40.00 | $40.00 |
| 280 | 4 Cowparade cows | Kevin | Enriquez | $35.00 | $35.00 | $35.00 |
| 281 | 6 Cowparade cows | Carrick | Sears | $65.00 | $65.00 | $65.00 |
| 282 | 5 baseball and basketball bobble heads | jafet | coronado | $10.00 | $10.00 | $10.00 |
| 283 | 4 Decorative poles | Trudi | Adler | $15.00 | $15.00 | $15.00 |
| 285 | Box of sewing, knitting and cook books | Rita | Roberts | $5.00 | $5.00 | $5.00 |
| 287 | Box of old books, 3 Musketeers and more | Joel | Gunning | $5.00 | $5.00 | $5.00 |
| 288 | Box of cook books and game books | Joel | Gunning | $5.00 | $5.00 | $5.00 |
| 290 | Box of Arizona highways magazines | Paul | DeLaney & Carol Hahn | $5.00 | $5.00 | $5.00 |
| 291 | Box of various books | Christopher | Slawinski | $5.00 | $5.00 | $5.00 |
| 292 | Box of Will Durant books and more | Christopher | Slawinski | $5.00 | $5.00 | $5.00 |
| 294 | Large lot of National Geographic magazines | Christopher | Slawinski | $5.00 | $5.00 | $5.00 |
| 1 | | | | $8,575.51 | $8,575.51 | $8,575.51 |

| Summary | |
|---|---|
| Auction Gross | $8,575.51 |
| Commissions | ($0.00) |
| Expenses | ($0.00) |
| Credits | $0.00 |
| Auction Net | $8,575.51 |
| Total Paid | $0.00 |
| Balance Due | $8,575.51 |