*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona  85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| WILLIAM JAY ADLER, | ) | |
| TRUDI BARBARA ADLER, | ) | Case No. 2:17-BK-01813-MCW |
| Debtors. | ) | |
| ROBERT A. MACKENZIE, TRUSTEE, | ) | **Adversary No. 2:17-AP-488** |
| Plaintiff, | ) | |
| v. | ) | |
| SAMUEL GOLDSTEIN SUSAN M. GOLDSTEIN, | ) | |
| Defendants. | ) | |

**NOTICE OF BAR DATE FOR OBJECTIONS TO TRUSTEE'S MOTION**

**PLEASE TAKE NOTICE** that the trustee has filed the attached motion with the Court. Your rights may be affected by this motion.

You should read these papers carefully, and discuss them with your attorney if you have one.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the trustee's motion, or if you want the court to consider your views on the trustee's motion, then on or before **November 1, 2018**, you or your attorney must file with the Court a written response setting forth your concerns and requesting a hearing on the trustee's motion.  Your response must be filed with the Court at:

| | |
|---|---|
| 1 | **Clerk Of The Court** |
| | **United States Bankruptcy Court** |
| 2 | **230 N. First Ave.** |
| | **Ste. 101** |
| 3 | **Phoenix, Arizona 85003-1706** |

    If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.
    You must also mail or e-mail[1] a copy of your response to the attorney for the trustee at:

                Terry A. Dake, Esq.
                ***TERRY A. DAKE, LTD.***
                20 E. Thomas Rd.
                Suite 2200
                Phoenix, Arizona 85012-3133
                tdake@cox.net

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's motion and may enter an order that grants the trustee's motion without further notice or hearing.

    DATED October 6, 2018.

                        ***TERRY A. DAKE, LTD.***

                        By /s/ TD009656
                          Terry A. Dake
                          20 E. Thomas Rd.
                          Suite 2200
                          Phoenix, Arizona  85012-3133
                          Attorney for Trustee

---

[1]  E-mailed papers must be in pdf format.

2

*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| WILLIAM JAY ADLER, TRUDI BARBARA ADLER, | Case No. 2:17-BK-01813-MCW |
| Debtors. | |
| ROBERT A. MACKENZIE, TRUSTEE, | **Adversary No. 2:17-AP-488** |
| Plaintiff, | |
| v. | |
| SAMUEL GOLDSTEIN SUSAN M. GOLDSTEIN, | |
| Defendants. | |

**MOTION TO APPROVE COMPROMISE**

The trustee moves this Court for the entry of an order approving a compromise of this adversary proceeding. The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points and Authorities.

DATED October 5, 2018.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
    Terry A. Dake – 009656
    20 E. Thomas Rd.
    Suite 2200
    Phoenix, Arizona 85012-3133

**MEMORANDUM OF POINTS AND AUTHORITIES**

The trustee commenced this adversary proceeding to avoid a lien asserted by the defendants against the 1950 Steinway Grand Piano Serial #331989 (the "Piano") which is property of the estate. The defendants dispute the trustee's claims.

In order to resolve this litigation, but without admitting the claims and defenses that have been asserted, the parties have reached the following agreement, subject to approval by this Court:

1. The lien of the defendants on the Piano is avoided and is preserved in favor of the estate.

2. The trustee shall pay to the defendants $2,500.00 from the proceeds of the sale of the Piano. Payment shall be made by the trustee from the sale proceeds of the Piano not later than 14 days after the entry of an order approving this settlement.

3. Claim No. 9 filed by the debtors on behalf of the defendants shall be allowed as a general, unsecured claim in the amount of $1,500.00.

4. The defendants shall not contest any application for administrative expense filed by counsel for the trustee.

5. After payment of the $2,500.00 to the defendants in full, the trustee shall lodge an order providing for the dismissal of this adversary proceeding with prejudice, with each party to bear their own attorneys' fees and costs.

In light of the amounts at issue, and the costs and uncertainties of additional litigation, the trustee believes that the proposed compromise is reasonable and in the best interest of the

estate.  The proposed compromise avoids the delay, expense and uncertainty of additional litigation and provides a return to the estate.

**WHEREFORE**, the trustee prays for the entry of an order approving a compromise as set forth herein.

DATED October 5, 2018.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake – 009656
   20 E. Thomas Rd.
   Suite 2200
   Phoenix, Arizona 85012-3133

**APPROVED AND AGREED:**

SCOTT W. HYDER
LAW OFFICE OF SCO TT W HYDER PLC
3420 E SHEA BLVD., STE 200
PHOENIX, AZ 85028-3365
602 923-7370
Fax : 602 795- 6010
Email: Shyder@scotthyderlaw.com
Attorneys for Defendants

3