***TERRY A. DAKE, LTD.***
**20 E. Thomas Rd.**
**Suite 2200**
**Phoenix, Arizona 85012-3133**
**Telephone: (602) 710-1005**
**tdake@cox.net**

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>WILLIAM JAY ADLER,<br>TRUDI BARBARA ADLER,<br><br>Debtors. | In Chapter 7 Proceedings<br><br>Case No. 2:17-BK-01813-MCW |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REQUEST TO NOTICE WITH FINAL REPORT**

*TERRY A. DAKE, LTD.* ("Applicant"), counsel for the Chapter 7 trustee (hereinafter "Trustee"), submits its First And Final Application For Allowance Of Compensation. In support of this Application, *TERRY A. DAKE, LTD.* submits its billing statements which are attached as Exhibit A. Applicant's expense statements, which itemize expenses by type and month for the same period are included as a part of Exhibit A.

I. **NARRATIVE SUMMARY**

A. **Background**

1. The debtors filed a voluntary petition under Chapter 7. The case is pending under Chapter 7.

2. Applicant's employment as counsel for Trustee was approved by Order of this Court dated April 25, 2017. *TERRY A. DAKE, LTD.* has served as counsel for the Trustee up to and through the filing

of this Application. *TERRY A. DAKE, LTD.* was employed by the Trustee to perform necessary services with the understanding that Applicant's compensation would be determined by the Court under the criteria set forth in 11 U.S.C. §330 of the Bankruptcy Code. This is Applicant's first and final application for compensation. Based upon Applicant's ordinary hourly rates in effect at the time the services were rendered, Applicant's total fees are $30,975.00. Of the total fees requested herein, $525.00 relates to the time expended preparing, reviewing and consulting with the client regarding the Application and is not yet reflected in the balance of fees and costs shown on the most recent billing statement attached to this Application. In addition to the foregoing, Applicant incurred out-of-pocket expenses for which Applicant is seeking reimbursement as follows:

| | | |
|---|---|---|
| a. | Filing Fee/Cost Adv. | $1,170.20 |
| | Total | $1,170.20 |

Therefore, the total award sought, including fees requested for time expended preparing, reviewing and consulting with the client regarding the Application which are not yet reflected in the balance of fees and costs shown on the most recent billing statement attached to this Application, is $32,145.20.

3. The services for which compensation is requested were rendered on behalf of the Trustee and compensation is sought pursuant to 11 U.S.C. §§330(a), 331 and 503(a) and (b), Rule 2016(a), *Fed. R. Bankr. P.*, and in compliance with the order appointing counsel and the Guidelines of the Office of the United States Trustee for the District of Arizona ("Guidelines").

4. Except as Applicant may be entitled to receive compensation herein, and except as set forth herein, Applicant has no arrangements with any other parties whatsoever to pay Applicant for the services of Applicant to the estate, nor has Applicant received any funds from any parties whatsoever for the services rendered on behalf of the estate. Further, Applicant has not made any arrangement to share any compensation received by order of this Court with any party whatsoever, nor does Applicant have any arrangements for the sharing of any compensation hereinafter awarded, except as between members and/or regular associates of Applicant's firm. *TERRY A. DAKE, LTD.* has no agreement to share compensation received or to be received with any person other than the normal division of fees that, as a matter of course, occurs between attorneys who are members of Applicant's law firm. The members of *TERRY A. DAKE, LTD.* are disinterested persons as defined in 11 U.S.C. §101(14) and do not hold or represent any interest adverse to the estate.

5. The names of all of Applicant's professionals and paraprofessionals requesting fees and the hourly rate charged by each is as follows:

| **Attorney/Paraprofessional** | **Rate 2011-2018** |
|---|---|
| Terry A. Dake, Esq. | $350.00 |

Mr. Dake has practiced bankruptcy law exclusively since 1988 and practiced a mixture of bankruptcy law and litigation for the five years prior to 1988. Practitioners with at least ten years of experience primarily in the bankruptcy field in the Phoenix metropolitan area bill at a rate equal to or greater than the $350.00 charged by Mr. Dake.

The rates charged by the professionals in this case are the same rates the firm charges non-bankruptcy clients.

6. *TERRY A. DAKE, LTD.* has not received from the Trustee any previous payments for services rendered or to be rendered in any capacity whatsoever in connection with the case.

This Application is not filed less than 120 days after the order for relief or after the last prior application for allowance of fees.

B. **Case Status**

1. Applicant is not aware of other requests for compensation and reimbursement of costs filed by any party which are currently pending before this Court.

2. As of the date of this Application, *TERRY A. DAKE, LTD.* is not aware of any accrued, unpaid administrative expenses other than those applied for herein with the exception of the fees and expenses of the trustee and costs owed to the Court.

3. The Trustee anticipates that this case will close approximately May 31, 2019. Applicant is seeking a final award of fees and costs and believes that it is feasible to make this distribution at this time without prejudicing the rights of any creditor holding a claim of equal or higher priority.

C. **Project Summary**

1. **History and status of bankruptcy case**

A voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed commencing the above-captioned case. This case is currently pending before this Court as a case under Chapter 7.

2. **Summary of legal services performed by Applicant according to project**

**A. Fee/Employment Applications**

Applicant has performed the following services:

Preparation of the pleadings to retain counsel for the trustee and the first and final fee application filed in this matter.

The following table summarizes the number of hours spent (or advanced in the preparation of this Application) and the amount of compensation requested for each professional and paraprofessional for the foregoing project:

| **Name** | **Billing Rate** | **Time** | **Compensation** |
|---|---|---|---|
| Terry A. Dake, Esq. | $350.00 | 1.80 | $630.00 |
| **TOTAL:** | | | $630.00 |

**B. Case administration**

Applicant has performed the following services:

Applicant assisted the trustee in the duties necessary to carry out the administration of the estate including locating and assisting in the recovery of assets and records, examining the debtors' financial affairs and assisting in the recovery and sale of estate assets.

The current status of the foregoing project is - complete.

The following table summarizes the number of hours spent and the amount of compensation requested for each professional and paraprofessional for the foregoing project:

| Name | Billing Rate | Time | Compensation |
|---|---|---|---|
| Terry A. Dake, Esq. | $350.00 | 19.50 | $6,825.00 |
| **TOTAL:** | | | $6,825.00 |

**C. Trustee v. Adler**

Applicant has performed the following services:

Applicant assisted the trustee in investigating and filing an adversary proceeding to deny the discharge of the debtors. The matter was settled at the urging of the Court and the agreed amount was paid to the trustee.

The current status of the foregoing project is - completed.

The following table summarizes the number of hours spent and the amount of compensation requested for each professional for the foregoing project:

| Name | Billing Rate | Time | Compensation |
|---|---|---|---|
| Terry A. Dake, Esq. | $350.00 | 25.10 | $8,785.00 |
| **TOTAL:** | | | $8,785.00 |

**C. Trustee v. Goldstein**

Applicant has performed the following services:

Applicant assisted the trustee in investigating and filing an adversary proceeding to avoid a transfer of property made by the

debtors. The matter was settled at the urging of the Court and the agreed amount was paid to the trustee.

The current status of the foregoing project is - completed.

The following table summarizes the number of hours spent and the amount of compensation requested for each professional for the foregoing project:

| **Name** | **Billing Rate** | **Time** | **Compensation** |
|---|---|---|---|
| Terry A. Dake, Esq. | $350.00 | 42.10 | $14,735.00 |
| **TOTAL:** | | | $14,735.00 |

**D. Summary Of Costs**

The majority of the costs in this case are attributable to photocopy charges, postage, noticing materials, fee advances and PACER Service fees.

The amount charged by Applicant for photocopies is $0.25 per sheet for noticings only. All costs from outside parties, such as UPS, mail, and parking are charged at Applicant's actual cost.

The amount Applicant has disbursed for actual and necessary expenses in connection with the estate are itemized on the attached Exhibit A.

## II. EVALUATING STANDARDS

In accordance with 11 U.S.C. §330, the amount applied for was calculated using the hourly rate for the attorneys involved. *See, In re Yermakov*, 718 F.2d 1465, 1471 (9th Cir. 1983) ("The primary method used to determine a reasonable attorneys' fee in a bankruptcy case is to multiply the number of hours expended by an hourly rate"). This has also been referred to as the "lodestar" or basic fee which, if

warranted, can be adjusted upward or downward. In that regard, the Ninth Circuit in *Yermakov* made specific references to *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974), in which the Fifth Circuit listed twelve factors which should be considered in awarding attorneys' fees. These "Johnson factors" have been referred to and utilized by many courts in considering and awarding attorneys' fees in bankruptcy cases. *See, In re Nucorp Energy, Inc.*, 764 F.2d 655 (9th Cir. 1985).

In a decision of the Ninth Circuit Bankruptcy Appellate Panel, the Panel concluded that the "lodestar" approach, coupled with consideration of the "Johnson factors" is the appropriate standard to be applied in awarding fees in a bankruptcy case. *See, In re Powerline Oil Co.*, 71 B.R. 767 (Bankr. 9th Cir. 1986).

In addition, the provisions of §330(a) place a premium on the timeliness of administration of the case. Compensable services must be ". . . performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed." 11 U.S.C. §330(a)(3)(A).

*TERRY A. DAKE, LTD.* has advised the Trustee in connection with the administration of the estate on an ongoing basis and has prepared numerous letters, documents and/or other writings concerning same and has attended conferences and/or hearings and/or made other appearances for and on behalf of the Trustee and has performed numerous legal services for and on behalf of the Trustee, which are itemized on the attached Exhibit A constituting a recapitulation of *TERRY A. DAKE, LTD.'s* time records concerning the above-entitled estate.

*TERRY A. DAKE, LTD.* has maintained daily time records reflecting the actual and necessary time expended in the performance of the services for which compensation is sought. These time records are presented as a resume of the overall services performed by *TERRY A. DAKE, LTD.* and do not purport to include each and every service performed, nor are they represented to constitute a limit of the time expended in this case, as there may be services for which time was not recorded. However, the records do indicate the general nature of the services performed and the time actually expended for consideration as one of the criterion set forth in 11 U.S.C. §330.

The results obtained by Applicant within the time frames of this Application illustrate that the Applicant:

1. Used the skill required to perform the legal services properly;

2. Provided services necessary to the administration of the case; and

3. Performed the services within a reasonable amount of time commensurate with the complexity, importance and nature of each task.

Furthermore, based upon the results obtained by Applicant within the time frame of this Application and the rates charged by the Applicant for the services performed, the compensation requested is reasonable based on the customary compensation charged by comparably skilled practitioners in non-bankruptcy cases.

Applicant is seeking payment out of unencumbered estate assets as an administrative expense.

There are no cash collateral issues regarding the source of funds from which Applicant intends to be paid.

The current status of this Chapter 7 case is that the Trustee is preparing his final report and distribution.

## III. CONCLUSION

**WHEREFORE**, *TERRY A. DAKE, LTD.* prays that this Application be noticed with the Trustee's Final Report to all creditors, and that *TERRY A. DAKE, LTD.* be awarded final payment, pursuant to 11 U.S.C. §331, as attorney for the Trustee in the amount of $30,975.00 together with reimbursement for actual and necessary costs expended in the amount of $1,170.20, all subject to review and adjustment as to reasonableness based on the criteria set forth in 11 U.S.C. §330 and for such other and further relief as the Court deems equitable.

DATED January 12, 2019.

***TERRY A. DAKE, LTD.***

By /s/ TD009656
Terry A. Dake
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Attorney for Trustee

**DECLARATION OF TERRY A. DAKE**

I, **TERRY A. DAKE**, do hereby declare as follows:

1. I have given this Fee Application to the trustee, by whom I am employed.

2. The trustee has reviewed the Fee Application.

3. The trustee has conveyed to me his approval of the Fee Application and has expressed no objections to the Fee Application to me or to any other member of my law firm.

DATED January 12, 2019.

/s/ TD009656
**TERRY A. DAKE**

**DECLARATION OF CLIENT**

I declare as follows:

1. I have been given this Fee Application by Terry A. Dake of the law firm of ***TERRY A. DAKE, LTD.***

2. I have reviewed the Fee Application.

3. I have approved the Fee Application and have no objections to the Fee Application.

DATED January 12, 2019.

Robert A. MacKenzie, Trustee



# E X H I B I T A

***TERRY A. DAKE, LTD.***
**20 E. Thomas Rd.**
**Suite 2200**
**Phoenix, Arizona 85012-3133**
**Telephone: (602) 710-1005**
**tdake@cox.net**

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>WILLIAM JAY ADLER,<br>TRUDI BARBARA ADLER,<br><br>Debtors. | In Chapter 7 Proceedings<br><br>Case No. 2:17-BK-01813-MCW |

**FEE APPLICATION SUMMARY**

**NAME OF APPLICANT:**
*TERRY A. DAKE, LTD.*

**ROLE IN CASE:**
Attorney for Trustee

**CURRENT APPLICATION:**
Fee Request: $30,975.00
Expense Request: $1,170.20

| | |
|---|---|
| Fees Previously Requested: | **None** |
| Fees Previously Awarded: | **None** |
| Expenses Previously Requested: | **None** |
| Expenses Previously Awarded: | **None** |
| Retainer Paid: | **None** |
| Draws On Retainer: | **N/A** |
| Replenishment of Retainer: | **N/A** |
| Remaining Retainer: | **N/A** |

| NAME OF PROFESSIONAL | ADMITTED | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Terry A. Dake (TAD) | 1983 | 88.5 | $350.00 | $30,975.00 |
| | Total: | 88.5 | Total: | $30,975.00 |

Blended Rate: $350.00

**_TERRY A. DAKE, LTD._**
20 E. Thomas Rd.
Suite 2200
Phoenix, AZ 85012-3133

Robert A. MacKenzie,Trustee
2001 E. Campbell Ave.
Suite 200
Phoenix, AZ 85016

---

**January 12, 2019**

In Reference To: William & Trudi Adler

## Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| | **Applications Fees / Employment** | | |
| 4/25/2017 | Prepare, file and serve retention pleadings.<br>Applications Fees / Employment | 0.30<br>350.00/hr | 105.00 |
| | SUBTOTAL: | [ 0.30 | 105.00] |
| | **Case Administration** | | |
| 4/25/2017 | Conference with trustee re case and issues.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| | Obtain and review current docket and filed pleadings.<br>Case Administration | 0.30<br>350.00/hr | 105.00 |
| | Prepare and file 2004 motion and order re piano lien.<br>Case Administration | 0.30<br>350.00/hr | 105.00 |
| | Prepare, file and serve motion to extend stay re piano.<br>Case Administration | 0.30<br>350.00/hr | 105.00 |
| | Prepare, file and serve objection to exemption of piano.<br>Case Administration | 0.30<br>350.00/hr | 105.00 |
| | Prepare memorandum to JK re debtor information.<br>Case Administration | 0.30<br>350.00/hr | 105.00 |
| | Review trustee's file.<br>Case Administration | 0.80<br>350.00/hr | 280.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/27/2017 | Prepare correspondence re 2004 order.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 5/2/2017 | Prepare, file and serve motion to extend exemption deadline.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
| 5/6/2017 | Review memorandum from SG and prepare response.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
| 5/9/2017 | Review memorandum from SG re lien release and prepare response.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| | Review memorandum and documents from SG re piano lien and prepare response.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 5/10/2017 | Prepare avoidance stip and memorandum to SG re same.<br>Case Administration | 0.30<br>350.00/hr | 105.00 |
| 5/18/2017 | Follow up with SG re stip.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| | Review memorandum from JK re debtor information status.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 5/20/2017 | Review and calendar claims bar date.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 5/22/2017 | Prepare certificate, order and notice regarding motion to extend stay.<br>Case Administration | 0.30<br>350.00/hr | 105.00 |
| | Prepare certificate, order and notice regarding motion to extend exemption deadline.<br>Case Administration | 0.30<br>350.00/hr | 105.00 |
| 5/25/2017 | Review memorandum from JK re piano lien and prepare response.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| | Follow up with SG re stipulation.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 5/31/2017 | Prepare memorandum to JK re turnover of piano.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 6/1/2017 | Telephone conference with trustee re issues and 727.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/1/2017 | Prepare memorandum to trustee re outstanding issues and 727 deadline.<br>Case Administration | 0.30<br>350.00/hr | 105.00 |
| | Prepare, file and serve motion to extend 727 deadline.<br>Case Administration | 0.30<br>350.00/hr | 105.00 |
| | Review debtor documents.<br>Case Administration | 0.50<br>350.00/hr | 175.00 |
| 6/2/2017 | Review memorandum and piano photos and prepare memorandum to NC re same.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
| 6/3/2017 | Telephone conference with trustee re debtors' abandonment motion.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 6/6/2017 | Review debtor abandonment motion.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 6/7/2017 | Telephone conference with JK and BC re turnover of piano.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| | Review memorandum from JK re piano, prepare response and prepare memorandum to CAA.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 6/9/2017 | Telephone conference with BC re piano status.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 6/12/2017 | Conference with trustee and prepare memorandum to JK re sale of property.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 6/15/2017 | Telephone conference with Bob C. re piano and personal property and forward information re same.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| | Review exemptions and prepare memorandum to trustee re same.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
| | Prepare certificate, order and notice regarding piano exemption.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
| 6/16/2017 | Review debtor redemption documents.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
| 6/20/2017 | Telephone conference with Bob C re sale.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/20/2017 | Prepare, file and serve sale notice and auction retention pleadings.<br>Case Administration | 0.40<br>350.00/hr | 140.00 |
|  | Prepare, file and serve motion to approve sale, motion to expedite order and notice re piano.<br>Case Administration | 0.60<br>350.00/hr | 210.00 |
| 6/23/2017 | Review memorandum from court re expedited hearing and prepare response.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
|  | Prepare and file notice of expedited hearing.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
|  | Serve sale hearing order and motion on Goldman and prepare and file certificate of mailing.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
| 6/26/2017 | Prepare, file and serve objection to motion to expedite and lodged order re 727 extension.<br>Case Administration | 0.30<br>350.00/hr | 105.00 |
|  | Prepare, file and serve amended motion to extend 727 deadline.<br>Case Administration | 0.80<br>350.00/hr | 280.00 |
| 6/27/2017 | Prepare request for 341 transcript.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 6/28/2017 | Review Amex proofs of claim.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 6/30/2017 | Review BNC re sale hearing.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
|  | Review and calendar order for expedited hearing on 727 motion.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 7/1/2017 | Telephone conference with EB re 727 issues.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
|  | Review debtor sale objection<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
| 7/5/2017 | Prepare draft of sale reply.<br>Case Administration | 0.50<br>350.00/hr | 175.00 |
| 7/7/2017 | Finalize, file and serve reply re motion to extend 727 deadline.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 7/7/2017 | Prepare for and attend hearing on sale and motion to extend 727 deadline.<br>Case Administration | 1.70<br>350.00/hr | 595.00 |
| 7/11/2017 | Review proposed order re redemption of vehicle.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 7/13/2017 | Review 341.<br>Case Administration | 0.30<br>350.00/hr | 105.00 |
| 7/14/2017 | Review memorandum from trustee re 2016 tax returns, review file and prepare response.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 7/19/2017 | Work on time line for litigation and assemble documents re same.<br>Case Administration | 1.60<br>350.00/hr | 560.00 |
| 7/26/2017 | Review Toyota objection to redemption motion and prepare memorandum re same.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 7/28/2017 | Conference with trustee re 727 issues.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
| 7/31/2017 | Follow up with JK re debtor information.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| | Prepare, file and serve motion to extend 727 deadline.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
| | Prepare, file and serve motion to amend MEO re 727 extension.<br>Case Administration | 0.30<br>350.00/hr | 105.00 |
| 8/16/2017 | Prepare certificate, order and notice regarding motion to alter/amend.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
| 8/22/2017 | Prepare, file and serve sale report.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| | Finalize, file and serve auction payment pleadings.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
| 8/25/2017 | Prepare certificate, order and notice regarding 727 extension.<br>Case Administration | 0.30<br>350.00/hr | 105.00 |
| | Review additional debtor documents and update time line.<br>Case Administration | 0.90<br>350.00/hr | 315.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/2/2017 | Review stay relief motion re house.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 9/16/2017 | Review memorandum from UST re issues and prepare response.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 9/20/2017 | Review Goldstein proof of claim, memorandum from trustee and prepare response.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 10/6/2017 | Conference with trustee re status.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| | Review memorandum from JG re stay relief objection and prepare response.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 12/11/2017 | Follow up with Jk re debtors' 2016 tax return.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 12/23/2017 | Review memorandum and debtors 2016 tax returns and forward to trustee.<br>Case Administration | 0.20<br>350.00/hr | 70.00 |
| 2/28/2018 | Conference with trustee re status.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 3/10/2018 | Review memoranda from KA re turnover of sale proceeds and prepare memorandum re same.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| | Review memorandum from KA re surcharge and prepare response.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 3/22/2018 | Telephone conference with trustee re status and deposition.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 4/25/2018 | Review memorandum from JK re debtor documents and prepare response.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 6/1/2018 | Conference with trustee re status.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 8/14/2018 | Prepare memorandum to DP re sale hearing.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |
| 9/11/2018 | Review memorandum from Lm re payoff status and prepare response.<br>Case Administration | 0.10<br>350.00/hr | 35.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| | SUBTOTAL: | [ 19.50 | 6,825.00] |

**Trustee v. Adler**

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 7/31/2017 | Telephone conference with trustee and finalize and file complaint and notice re filing fee.<br>Trustee v. Adler | 0.10<br>350.00/hr | 35.00 |
| | Work on draft of complaint and prepare memorandum to trustee.<br>Trustee v. Adler | 0.40<br>350.00/hr | 140.00 |
| 8/3/2017 | File request for issuance of summons.<br>Trustee v. Adler | 0.10<br>350.00/hr | 35.00 |
| 8/6/2017 | Work on service of summons and complaint and prepare and file certificate of mailing.<br>Trustee v. Adler | 0.30<br>350.00/hr | 105.00 |
| 9/5/2017 | Review answer and prepare memorandum to trustee.<br>Trustee v. Adler | 0.10<br>350.00/hr | 35.00 |
| 10/7/2017 | Prepare, file and serve Rule 26 disclosure and documents re same.<br>Trustee v. Adler | 0.50<br>350.00/hr | 175.00 |
| 10/17/2017 | Follow up with JK re R26 disclosure.<br>Trustee v. Adler | 0.10<br>350.00/hr | 35.00 |
| 10/22/2017 | Review memorandum and defense R26 disclosure and documents.<br>Trustee v. Adler | 0.50<br>350.00/hr | 175.00 |
| 11/7/2017 | Review and calendar order continuing hearing.<br>Trustee v. Adler | 0.10<br>350.00/hr | 35.00 |
| 2/27/2018 | Follow up with JK re deposition.<br>Trustee v. Adler | 0.10<br>350.00/hr | 35.00 |
| 3/2/2018 | Prepare and serve deposition notices.<br>Trustee v. Adler | 0.20<br>350.00/hr | 70.00 |
| 3/7/2018 | Prepare for and attend status hearing.<br>Trustee v. Adler | 1.60<br>350.00/hr | 560.00 |
| 3/22/2018 | Prepare memorandum to JK re documents.<br>Trustee v. Adler | 0.10<br>350.00/hr | 35.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 3/22/2018 | Work on deposition materials.<br>Trustee v. Adler | 1.70<br>350.00/hr | 595.00 |
| | Conduct deposition of TA.<br>Trustee v. Adler | 2.30<br>350.00/hr | 805.00 |
| 4/11/2018 | Follow up with JK re debtor information.<br>Trustee v. Adler | 0.10<br>350.00/hr | 35.00 |
| 5/22/2018 | Follow up debtor information from deposition.<br>Trustee v. Adler | 0.10<br>350.00/hr | 35.00 |
| | Prepare memoranda to trustee re debtor documents.<br>Trustee v. Adler | 0.10<br>350.00/hr | 35.00 |
| | Review memorandum and debtor documents and prepare memorandum to JK re privilege.<br>Trustee v. Adler | 1.10<br>350.00/hr | 385.00 |
| 6/1/2018 | Review email produced by debtors for additional disclosures.<br>Trustee v. Adler | 0.10<br>350.00/hr | 35.00 |
| 6/4/2018 | Work on response to admissions and prepare memorandum re same.<br>Trustee v. Adler | 1.10<br>350.00/hr | 385.00 |
| 8/1/2018 | Work on response to Motion for summary judgment and Statement of facts and prepare trustee declaration<br>Trustee v. Adler | 6.00<br>350.00/hr | 2,100.00 |
| 8/2/2018 | Conference with trustee and Finalize, file and serve response to motion for summary judgment and statement of facts.<br>Trustee v. Adler | 0.50<br>350.00/hr | 175.00 |
| | Work on revisions to brief, declaration and statement of facts and prepare memorandum to trustee re same.<br>Trustee v. Adler | 1.90<br>350.00/hr | 665.00 |
| 8/18/2018 | Review motion to strike and prepare memorandum re withdrawal of same.<br>Trustee v. Adler | 0.10<br>350.00/hr | 35.00 |
| 8/31/2018 | Prepare, file and serve reply re XMSJ.<br>Trustee v. Adler | 4.10<br>350.00/hr | 1,435.00 |
| 10/8/2018 | Prepare memorandum to JK re settlement.<br>Trustee v. Adler | 0.20<br>350.00/hr | 70.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 10/22/2018 | Prepare motion to approve settlement and memorandum re same. Trustee v. Adler | 0.50 350.00/hr | 175.00 |
| 10/24/2018 | Review memorandum from KA and Finalize, file and serve settlement motion and notice. Trustee v. Adler | 0.30 350.00/hr | 105.00 |
| 10/29/2018 | Review BNC certificate of mailing re settlement. Trustee v. Adler | 0.10 350.00/hr | 35.00 |
| 10/30/2018 | Review BNC certificate of mailing re settlement. Trustee v. Adler | 0.10 350.00/hr | 35.00 |
| 11/23/2018 | Prepare certificate, order and notice regarding settlement. Trustee v. Adler | 0.30 350.00/hr | 105.00 |
| 11/28/2018 | Prepare memorandum re order and payment to trustee. Trustee v. Adler | 0.10 350.00/hr | 35.00 |
| 1/11/2019 | Prepare, file and serve dismissal order. Trustee v. Adler | 0.10 350.00/hr | 35.00 |
| | SUBTOTAL: | [ 25.10 | 8,785.00] |

**Trustee v. Goldstein**

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 7/19/2017 | Assemble documents and prepare draft of complaint. Trustee v. Goldstein | 2.40 350.00/hr | 840.00 |
| 7/20/2017 | Prepare memorandum to SG re summons and complaint and settlement. Trustee v. Goldstein | 0.10 350.00/hr | 35.00 |
| | Finalize and file complaint and notice re filing fee and request summons. Trustee v. Goldstein | 0.30 350.00/hr | 105.00 |
| | Work on service of summons and complaint and prepare and file certificate of mailing. Trustee v. Goldstein | 0.30 350.00/hr | 105.00 |
| 7/26/2017 | Review memorandum from SG and revise stip and prepare memorandum re same. Trustee v. Goldstein | 0.20 350.00/hr | 70.00 |
| 8/22/2017 | Review and calendar scheduling order. Trustee v. Goldstein | 0.10 350.00/hr | 35.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/23/2017 | Review and calendar notice of rescheduled hearing.<br>Trustee v. Goldstein | 0.10<br>350.00/hr | 35.00 |
| 8/25/2017 | Review memorandum from court and Prepare, file and serve notice of hearing.<br>Trustee v. Goldstein | 0.20<br>350.00/hr | 70.00 |
| | Prepare, file and serve motion to disqualify counsel.<br>Trustee v. Goldstein | 0.80<br>350.00/hr | 280.00 |
| 9/11/2017 | Review and calendar status hearing order.<br>Trustee v. Goldstein | 0.10<br>350.00/hr | 35.00 |
| 9/15/2017 | Prepare, file and serve reply re motion to DQ counsel.<br>Trustee v. Goldstein | 1.10<br>350.00/hr | 385.00 |
| 9/23/2017 | Prepare discovery plan and memorandum re same.<br>Trustee v. Goldstein | 0.20<br>350.00/hr | 70.00 |
| 10/18/2017 | Prepare for and attend hearing on DQ motion.<br>Trustee v. Goldstein | 1.80<br>350.00/hr | 630.00 |
| 11/4/2017 | Prepare discovery plan and memorandum to defendants re same.<br>Trustee v. Goldstein | 0.20<br>350.00/hr | 70.00 |
| 11/6/2017 | Prepare, file and serve motion and order to continue hearing and memorandum to JK.<br>Trustee v. Goldstein | 0.20<br>350.00/hr | 70.00 |
| 11/26/2017 | Finalize, file and serve discovery plan.<br>Trustee v. Goldstein | 0.20<br>350.00/hr | 70.00 |
| 12/6/2017 | Review memorandum from SH re settlement and prepare memorandum re same.<br>Trustee v. Goldstein | 0.10<br>350.00/hr | 35.00 |
| 12/9/2017 | Prepare and serve R26 disclosure and memorandum re same.<br>Trustee v. Goldstein | 0.60<br>350.00/hr | 210.00 |
| 12/11/2017 | Work on redaction of documents and Finalize, file and serve R26 disclosure.<br>Trustee v. Goldstein | 0.70<br>350.00/hr | 245.00 |
| 12/20/2017 | Work on court reporter for Goldstein deposition and prepare memorandum to SH.<br>Trustee v. Goldstein | 0.50<br>350.00/hr | 175.00 |
| 12/28/2017 | Work on FL reporter for deposition.<br>Trustee v. Goldstein | 0.20<br>350.00/hr | 70.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/29/2017 | Prepare, file and serve deposition notice re Goldstein and finalize arrangements with FL reporter.<br>Trustee v. Goldstein | 0.30<br>350.00/hr | 105.00 |
| 1/10/2018 | Prepare for and attend status hearing.<br>Trustee v. Goldstein | 1.10<br>350.00/hr | 385.00 |
| 1/11/2018 | Review minute entry re status hearing.<br>Trustee v. Goldstein | 0.10<br>350.00/hr | 35.00 |
| | Review memorandum from SH re hearing and prepare response.<br>Trustee v. Goldstein | 0.10<br>350.00/hr | 35.00 |
| 1/18/2018 | Assemble information for deposition and prepare memorandum to court reporter re same.<br>Trustee v. Goldstein | 1.10<br>350.00/hr | 385.00 |
| 1/23/2018 | Review memorandum from SH re call in for deposition and prepare response.<br>Trustee v. Goldstein | 0.10<br>350.00/hr | 35.00 |
| | Telephone conference with court reporter re deposition.<br>Trustee v. Goldstein | 0.10<br>350.00/hr | 35.00 |
| 1/24/2018 | Prepare for and conduct deposition of Goldsteins.<br>Trustee v. Goldstein | 2.50<br>350.00/hr | 875.00 |
| 1/31/2018 | Research avoidance of lien under 522.<br>Trustee v. Goldstein | 0.70<br>350.00/hr | 245.00 |
| 2/22/2018 | Review memorandum from AT re deposition and prepare response.<br>Trustee v. Goldstein | 0.10<br>350.00/hr | 35.00 |
| 3/22/2018 | Prepare memorandum to SH re sham transaction claim.<br>Trustee v. Goldstein | 0.20<br>350.00/hr | 70.00 |
| | Review memorandum from SH and prepare and serve amended Rule 26 disclosure.<br>Trustee v. Goldstein | 0.30<br>350.00/hr | 105.00 |
| | Research re sham transactions and prepare memorandum to SH re same.<br>Trustee v. Goldstein | 0.90<br>350.00/hr | 315.00 |
| 4/24/2018 | Work on discovery response and prepare memorandum to trustee re same.<br>Trustee v. Goldstein | 3.10<br>350.00/hr | 1,085.00 |
| 6/5/2018 | Prepare for and attend status hearing.<br>Trustee v. Goldstein | 1.40<br>350.00/hr | 490.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 7/6/2018 | Research scope of privilege waiver.<br>Trustee v. Goldstein | 0.50<br>350.00/hr | 175.00 |
| 7/30/2018 | Work on revisions to motion for summary judgment response and statement of facts.<br>Trustee v. Goldstein | 1.80<br>350.00/hr | 630.00 |
| | Work on draft of response to motion for summary judgment and statement of facts.<br>Trustee v. Goldstein | 7.70<br>350.00/hr | 2,695.00 |
| 8/2/2018 | Telephone conference with trustee re declaration.<br>Trustee v. Goldstein | 0.20<br>350.00/hr | 70.00 |
| | Review memoranda from SH re cross motions and prepare responses.<br>Trustee v. Goldstein | 0.20<br>350.00/hr | 70.00 |
| | Finalize, file and serve response to motion for summary judgment and statement of facts.<br>Trustee v. Goldstein | 0.50<br>350.00/hr | 175.00 |
| 8/4/2018 | Review motion to strike and research, prepare, file and serve objection.<br>Trustee v. Goldstein | 2.40<br>350.00/hr | 840.00 |
| 8/10/2018 | Review memorandum SH re source of document and prepare response.<br>Trustee v. Goldstein | 0.10<br>350.00/hr | 35.00 |
| 8/18/2018 | Review order denying motion to strike.<br>Trustee v. Goldstein | 0.10<br>350.00/hr | 35.00 |
| 8/31/2018 | Prepare, file and serve reply re XMSJ.<br>Trustee v. Goldstein | 2.10<br>350.00/hr | 735.00 |
| 10/5/2018 | Prepare for and attend hearing on summary judgment motion.<br>Trustee v. Goldstein | 2.50<br>350.00/hr | 875.00 |
| 10/6/2018 | Prepare motion to approve settlement and memorandum re same.<br>Trustee v. Goldstein | 0.50<br>350.00/hr | 175.00 |
| 10/8/2018 | Review memorandum and signed settlement and file motion and prepare and file notice re same.<br>Trustee v. Goldstein | 0.30<br>350.00/hr | 105.00 |
| 10/13/2018 | Review BNC certificate of mailing re settlement.<br>Trustee v. Goldstein | 0.10<br>350.00/hr | 35.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/3/2018 | Prepare certificate, order and notice regarding settlement.<br>Trustee v. Goldstein | 0.30<br>350.00/hr | 105.00 |
| 11/7/2018 | Review settlement order and prepare memorandum to trustee re payment.<br>Trustee v. Goldstein | 0.10<br>350.00/hr | 35.00 |
| 11/26/2018 | Review memorandum from trustee and Prepare, file and serve dismissal order.<br>Trustee v. Goldstein | 0.20<br>350.00/hr | 70.00 |
| | SUBTOTAL: | [ 42.10 | 14,735.00] |
| | For professional services rendered | 87.00 | $30,450.00 |

## Additional Charges :

## Filing Fees / Cost Advance

| | | Amount |
|---|---|---|
| 2/7/2018 | Transcript.<br>Filing Fees / Cost Advance | 714.55 |
| 4/2/2018 | Transcript Trudi A.<br>Filing Fees / Cost Advance | 455.65 |
| | SUBTOTAL: | [ 1,170.20] |
| | Total additional charges | $1,170.20 |
| | Total amount of this bill | $31,620.20 |
| | Balance due | $31,620.20 |