```
                          United States Bankruptcy Court
                                District of Arizona
```

In re:                                                          Case No. 17-01813-MCW
WILLIAM JAY ADLER                                               Chapter 7
TRUDI BARBARA ADLER
        Debtors                   **CERTIFICATE OF NOTICE**

District/off: 0970-2          User: colasonk          Page 1 of 2          Date Rcvd: Apr 26, 2019
                              Form ID: pdf001         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
```
db/jdb        +WILLIAM JAY ADLER,    TRUDI BARBARA ADLER,    1616 N CENTRAL AVE # 1226,    PHOENIX, AZ 85004-1657
cr            +Provident Funding Associates, L.P.,    Zieve, Brodnax & Steele, LLP,
               3550 N. Central Ave., Ste. 625,    PHOENIX, AZ 85012-0004
cr             Samuel Goldstein,    6 Morrison Dr.,    Old Bethpage, NY  11804-1124
cr             Susan M Goldstein,    6 Morrison Dr.,    Old Bethpage, NY  11804-1124
cr            +Toyota Motor Credit Corporation,    Malcolm Cisneros,    2112 Business Center Drive,
               Irvine, CA 92612-7135
14419506       AMERICAN EXPRESS,    PO BOX 981535,    EL PASO TX 79998-1535
14419508       ARIZONA UROLOGY SPECIALISTS, PLLC,    PO BOX 52004,    DEPT. CODE 902,    PHOENIX AZ 85072-2004
14419509       AZ CENTER FOR HEMATTOLOGY/ONCOLOGY,    5750 W. THUNDERBIRD RD., STE C300,
               GLENDALE AZ 85306-4666
14425137       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
14421969       BANK OF AMERICA,    PO BOX 25118,    TAMPA FL 33622-5118
14419510      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   BANK OF AMERICA,    PO BOX 982235,    EL PASO TX 79998-2235)
14419511      +CHASE FREEDOM,    P.O. BOX 94014,    PALATINE IL 60094-4014
14419512      +CITIBANK,    PO BOX 6500,    SIOUX FALLS SD 57117-6500
14419513      +FIRSTSOURCE ADVANTAGE, LLC,    205 BRYANT WOODS SOUTH,    BUFFALO NY 14228-3609
14419514       GREAT INDOORS,    PO BOX 6282,    SIOUX FALLS SD 57117-6282
14419516      +KERANIQUE,    PO BOX 1366,    HOBOKEN NJ 07030-1366
14419519       NEW YORK LIFE,    PO BOX 361076,    COLUMBUS OH 43236-1076
14419518      +NEW YORK LIFE,    2121 N. CALIFORNIA BLVD., STE. 550,    WALNUT CREEK CA 94596-7359
14714596       SAMUEL AND SUSAN GOLDSTEIN,    6 MORRISON DRIVE,    OLD BETHPAGE, NY 11804-1124
14419521       SCOTTSDALE NEUROLOGY PLLC,    9755 N 90TH ST., SUITE A200,    SCOTTSDALE AZ 85258-5070
14419523       SOUTHWEST SKIN SPECIALIST LTD.,    10200 N. 92ND ST., STE 205,    SCOTTSDALE AZ 85258-4536
14419524      +SYMBIUS,    2311 W. UTOPIA RD.,    PHOENIX AZ 85027-4167
14419517      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:   LEXUS FINANCIAL SERVICES,    PO BOX 8026,
               CEDAR RAPIDS IA 52409-8026)
14419526       WATLAND & ALLEN, PLLC,    393 E. PALM LN.,    C/O DWIGHT WATLAND,    PHOENIX AZ 85004-1532
14419527      ++WELLS FARGO,    P O BOX 9210,    DES MOINES IA 50306-9210
              (address filed with court:   WELLS FARGO,    PO BOX 10438,    DES MOINES IA 50306)
14419528      +WELLS FARGO BANK, N.A.,    PO BOX 10335,    DES MOINES IA 50306-0335
14419529       WELLS FARGO BANK, N.A.,    PO BOX 6995,    PORTLAND OR 97228-6995
14419530      +WELLS FARGO SIGNATURE,    PO BOX 10438,    DES MOINES IA 50306-0438
14624168       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14419507      +E-mail/Text: bankruptcynotices@azdor.gov Apr 27 2019 01:54:56      ARIZONA DEPARTMENT OF REVENUE,
               1600 W. MONROE,    PHOENIX AZ 85007-2650
14419515       E-mail/Text: cio.bncmail@irs.gov Apr 27 2019 01:55:25      INTERNAL REVENUE SERVICE,
               PO BOX 7346,    PHILADELPHIA PA 19101-7346
14419520      +E-mail/Text: bknotifications@provident.com Apr 27 2019 01:57:09      PROVIDENT FUNDING,
               PO BOX 5914,    SANTA ROSA CA 95402-5914
14602677      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 27 2019 01:52:26
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14419522       E-mail/Text: bankruptcy@sdil.net Apr 27 2019 01:57:01      SOUTHWEST DIAGNOSTIC IMAGING,
               2323 W. ROSE GARDEN LN.,    PHOENIX AZ 85027-2530
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            American Express Centurion Bank,   c/o Becket and Lee, LLP,    PO Box 3001,
               Malvern, PA  19355-0701
14419525      ##TRUDI BARBARA ADLER,    20802 N. GRAYHAWK DR., #1184,    SCOTTSDALE AZ 85255-6437
14419531      ##WILLIAM JAY ADLER,    20802 N. GRAYHAWK DR., #1184,    SCOTTSDALE AZ 85255-6437
                                                                                TOTALS: 0, * 1, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              JAMES F KAHN    on behalf of Joint Debtor TRUDI BARBARA ADLER james.kahn@azbk.biz,
               jfkpcecf@gmail.com,ahartkr68748@notify.bestcase.com,james.kahn@azbk.biz,KrystalAhart@cox.net
              JAMES F KAHN    on behalf of Defendant TRUDI BARBARA ADLER james.kahn@azbk.biz,
               jfkpcecf@gmail.com,ahartkr68748@notify.bestcase.com,james.kahn@azbk.biz,KrystalAhart@cox.net
              JAMES F KAHN    on behalf of Defendant WILLIAM JAY ADLER james.kahn@azbk.biz,   jfkpcecf@gmail.com,
               ahartkr68748@notify.bestcase.com,james.kahn@azbk.biz,KrystalAhart@cox.net
              JAMES F KAHN    on behalf of Defendant Samuel  Goldstein james.kahn@azbk.biz,   jfkpcecf@gmail.com,
               ahartkr68748@notify.bestcase.com,james.kahn@azbk.biz,KrystalAhart@cox.net
              JAMES F KAHN    on behalf of Debtor WILLIAM JAY ADLER james.kahn@azbk.biz,   jfkpcecf@gmail.com,
               ahartkr68748@notify.bestcase.com,james.kahn@azbk.biz,KrystalAhart@cox.net
              JAMES F KAHN    on behalf of Defendant Susan M Goldstein james.kahn@azbk.biz,   jfkpcecf@gmail.com,
               ahartkr68748@notify.bestcase.com,james.kahn@azbk.biz,KrystalAhart@cox.net
              JOSEPH JOHN TIRELLO, JR.    on behalf of Creditor    Provident Funding Associates, L.P.
               jtirello@zbslaw.com,  majanel@zbslaw.com
              KRYSTAL MARIE AHART    on behalf of Debtor WILLIAM JAY ADLER Krystal.Ahart@azbk.biz,
               jfkpcecf@gmail.com,ahartkr68748@notify.bestcase.com,KrystalAhart@cox.net
              KRYSTAL MARIE AHART    on behalf of Joint Debtor TRUDI BARBARA ADLER Krystal.Ahart@azbk.biz,
               jfkpcecf@gmail.com,ahartkr68748@notify.bestcase.com,KrystalAhart@cox.net
              NATHAN FREDERICK JONES SMITH    on behalf of Creditor    Toyota Motor Credit Corporation
               nathan@mclaw.org,   AZ_ECF@mclaw.org,mcecfnotices@ecf.courtdrive.com
              ROBERT A. MACKENZIE    on behalf of Trustee ROBERT A. MACKENZIE ram@ramlawltd.com,
               az26@ecfcbis.com
              ROBERT A. MACKENZIE    ram@ramlawltd.com,   az26@ecfcbis.com
              SCOTT W. HYDER   on behalf of Defendant Susan M Goldstein Shyder@scotthyderlaw.com
              SCOTT W. HYDER   on behalf of Defendant Samuel  Goldstein Shyder@scotthyderlaw.com
              SCOTT W. HYDER   on behalf of Creditor Susan M Goldstein Shyder@scotthyderlaw.com
              SCOTT W. HYDER   on behalf of Creditor Samuel  Goldstein Shyder@scotthyderlaw.com
              SHAWN L. STONE   on behalf of Defendant Samuel  Goldstein shawn.stone@stonelawaz.com,
               stonelawecf@gmail.com,R49167@notify.bestcase.com
              SHAWN L. STONE   on behalf of Defendant Susan M Goldstein shawn.stone@stonelawaz.com,
               stonelawecf@gmail.com,R49167@notify.bestcase.com
              TERRY A. DAKE    on behalf of Trustee ROBERT A. MACKENZIE tdake@cox.net
              TERRY A. DAKE    on behalf of Plaintiff Robert A MacKenzie tdake@cox.net
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                           TOTAL: 21
```

ROBERT A. MACKENZIE
2001 East Campbell Avenue
SUITE 200
PHOENIX, AZ 85016
(602) 229-8575
      Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: ADLER, WILLIAM JAY | § | Case No. 2:17-01813-MCW |
|---|---|---|
| ADLER, TRUDI BARBARA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>ROBERT A. MACKENZIE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  230 NORTH FIRST AVENUE, SUITE 101
  PHOENIX, ARIZONA 85003

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice. The proposed distribution is dependent on the Court's ruling on the allowance of Administrative expenses, additional Court costs, remaining contests of claims, and additional interest.

    Objections must be in writing and filed with a request for a hearing with the Clerk, U.S. Bankruptcy Court, 230 North First Avenue, Suite 101, Phoenix, Arizona 85003, the trustee Robert A. MacKenzie, 2001 East Campbell Avenue, Suite 200, Phoenix, Arizona 85016, and the United States Trustee, 230 North First Avenue, Suite 204, Phoenix, Arizona 85003-1706. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  04/05/2019          By:  /s/ROBERT A. MACKENZIE
                                              Trustee

ROBERT A. MACKENZIE
2001 East Campbell Avenue
SUITE 200
PHOENIX, AZ  85016
(602) 229-8575

**UST Form 101-7-NFR (10/1/2010)**

ROBERT A. MACKENZIE
2001 East Campbell Avenue
SUITE 200
PHOENIX, AZ  85016
(602) 229-8575
      Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: ADLER, WILLIAM JAY | § | Case No. 2:17-01813-MCW |
|---|---|---|
| ADLER, TRUDI BARBARA | § | |
|  | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,532.85 |
| *and approved disbursements of* | $ 4,386.28 |
| *leaving a balance on hand of* [1] | $ 10,146.57 |
| **Balance on hand:** | **$ 10,146.57** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,146.57 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ROBERT A. MACKENZIE | 2,203.29 | 0.00 | 543.71 |
| Trustee, Expenses - ROBERT A. MACKENZIE | 88.90 | 0.00 | 88.90 |
| Attorney for Trustee, Fees - TERRY A. DAKE, LTD | 30,975.00 | 0.00 | 7,643.76 |
| Attorney for Trustee, Expenses - TERRY A. DAKE, LTD | 1,170.20 | 0.00 | 1,170.20 |
| Auctioneer Expenses - Cunningham & Associates, Inc. | 1,706.55 | 1,706.55 | 0.00 |
| Charges, U.S. Bankruptcy Court | 700.00 | 0.00 | 700.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administration expenses: | $ | 10,146.57 |
|  | Remaining balance: | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,612.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 2,612.86 | 0.00 | 0.00 |

|  | Total to be paid for priority claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 103,190.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | AMERICAN EXPRESS CENTURION BANK | 16,189.75 | 0.00 | 0.00 |
| 3 | AMERICAN EXPRESS CENTURION BANK | 13,968.93 | 0.00 | 0.00 |
| 4 | PYOD, LLC | 6,456.23 | 0.00 | 0.00 |
| 5 | PYOD, LLC | 10,826.76 | 0.00 | 0.00 |
| 6 | WELLS FARGO CARD SERVICES | 12,158.64 | 0.00 | 0.00 |
| 7 | WELLS FARGO CARD SERVICES | 15,431.42 | 0.00 | 0.00 |
| 8 | WELLS FARGO CARD SERVICES | 26,658.33 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 9 | SAMUEL AND SUSAN GOLDSTEIN | 1,500.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $  0.00
Remaining balance: $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $  0.00
Remaining balance: $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance: $  0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ROBERT A. MACKENZIE
Trustee

ROBERT A. MACKENZIE
2001 East Campbell Avenue
SUITE 200
PHOENIX, AZ  85016
(602) 229-8575

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**